IN THE

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>DONTAE LAMONT HUNT,<br><br>Defendant-Appellant. | C.A. No. 23-2342<br>D.C. No. 3:18-cr-00475-IM<br>(D. Oregon)<br><br>**UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT** |

Plaintiff-Appellee United States of America hereby moves the Court for an order rescheduling oral argument in this case. Oral argument is currently set for Monday, March 31, 2025, in Portland, Oregon. Dkt No. 60. Undersigned counsel will be out-of-state on prepaid travel the week prior, returning to Oregon shortly before the current argument date. The government asks that, to the extent it is practicable, this argument be reset for a date later in the same sitting week in Portland, between Wednesday, April 2 and Friday, April 4, 2025. Raymond Moss, counsel for defendant-appellant Dontae Hunt, has no opposition to this request.

DATED: January 24, 2025

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*s/ Suzanne Miles*
SUZANNE MILES
Criminal Appellate Chief

1

## **CERTIFICATE OF COMPLIANCE**

Rule 32(g) requires that papers submitted under Rule 27(d)(2)(A) include a certificate (1) verifying that the submission complies with the applicable type-volume limitation and (2) providing a word count for the document. Rule 27(d)(2)(A) limits motions to 5,200 words, and Circuit Rule 27-1(1)(d) limits motions to 20 pages.

The government certifies that the enclosed motion contains 248 words and 1 page of text, in compliance with both limits.

DATED: January 24, 2025

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*s/ Suzanne Miles*
SUZANNE MILES
Criminal Appellate Chief